# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, | CASE NO. 1:09-cv-00544 DLB PC |
| Plaintiff, | ORDER FINDING SERVICE OF FIRST AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| JULIO CAMPOS, et al., | |
| Defendants. | (Doc. 20) |

Plaintiff John Doe[1] ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on March 23, 2009. The Court screened Plaintiff's first amended complaint and found that it states cognizable claims against Defendants Campos, Acosta, Syed, Trinh, Tilton and Doe for violation of the Eighth Amendment.[2] Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    JULIO CAMPOS

    J. ACOSTA

    D. TRINH

---

[1] Fictitious name.

[2] By Order issued concurrently, the Court dismissed defendant Bindler from this action.

1

|   |   |   |
|---|---|---|
| 1 |   | NAYLA SYED |
| 2 |   | JAMES TILTON |
| 3 |   | DOE, CHIEF OF PSYCHIATRIC SERVICES |

2. The Clerk of the Court shall send Plaintiff six (6) USM-285 forms, six (6) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the first amended complaint filed July 10, 2009.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Seven (7) copies of the endorsed complaint filed July 10, 2009.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated:   **September 8, 2009**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE