# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, | CASE NO. 1:09-cv-00544 DLB PC |
| Plaintiff, | ORDER GRANTING REQUEST TO SEAL PORTION OF RECORD |
| v. | (Doc. 13) |
| JULIO CAMPOS, et al., | |
| Defendants. | ORDER DIRECTING CLERK OF THE COURT TO SEAL COURT DOC. 12 |

Plaintiff John Doe[1] ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on March 23, 2009. By order issued April 14, 2009, this Court granted Plaintiff's request to proceed under a fictitious name. (Doc. 6.) On May 26, 2009, Plaintiff filed a motion for appointment of counsel. Plaintiff concurrently filed a request that his exhibits in support of the motion be sealed because the exhibits identify him by name. (Docs. 12, 13.)

Plaintiff's request is GRANTED. The Clerk of the Court is directed to seal the motion for appointment of counsel, filed May 26, 2009. (Doc. 12.)

IT IS SO ORDERED.

Dated: __September 8, 2009__          __/s/ Dennis L. Beck__
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Fictitious name.

1