# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,[1] | CASE NO. 1:09-cv-00544 DLB PC |
| Plaintiff, | ORDER DISREGARDING MOTION TO FILE EXHIBITS UNDER SEAL AS MOOT |
| v. | (Doc. 43) |
| JULIO CAMPOS, et al., | |
| Defendants. | PLAINTIFF'S EXHIBITS IN SUPPORT OF OPPOSITION DUE WITHIN **FIFTEEN DAYS** |

   Plaintiff John Doe[1] ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on March 23, 2009. By order issued April 14, 2009, this Court granted Plaintiff's request to proceed under a fictitious name. (Doc. 6.) On February 22, 2010, Plaintiff filed his opposition to Defendant Tilton's motion to dismiss. Plaintiff also filed a motion to file exhibits to his opposition under seal. (Doc. 43.) On February 26, 2010, Defendant filed an opposition to this motion. (Doc. 47.) On March 12, 2010, Plaintiff filed his reply. (Doc. 52.)

   Plaintiff contends in his motion that the exhibits he wishes to file under seal include Plaintiff's medical records which reveal Plaintiff's name. Plaintiff accordingly requests that they be filed under seal. Defendant in opposition contends that because Plaintiff has made his medical condition an issue, Plaintiff has waived any privacy interest as to the medical records. Defendant

---

[1] Fictitious name.

1

1 does not object to Plaintiff redacting his true name from the medical records.  In reply, Plaintiff
2 agrees with Defendant to redacting Plaintiff's true name from the record.  Plaintiff thus does not
3 disagree with Defendant as to the submission of the medical records under the condition that
4 Plaintiff's name is redacted.

5     If Plaintiff intends to submit exhibits in support of his opposition to Defendant's motion to
6 dismiss, Plaintiff may do so, and Plaintiff should redact his own name from all exhibits submitted.
7 The Court will **not** redact Plaintiff's name on Plaintiff's behalf.  The exhibits submitted should be
8 entitled "Plaintiff's Exhibits In Support of Opposition to Defendant's Motion to Dismiss."

9     Accordingly, the Court HEREBY ORDERS that Plaintiff's motion to file medical records
10 under seal, filed February 22, 2010, is DISREGARDED as moot, and Plaintiff is to file his medical
11 records in support of his opposition within **fifteen (15) days** from the date of service of this order.

13     IT IS SO ORDERED.
14     Dated:   **March 24, 2010**                  **/s/ Dennis L. Beck**
                                                                                                          UNITED STATES MAGISTRATE JUDGE