# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>             Plaintiff,<br><br>     v.<br><br>CAMPOS, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:09-cv-00544-DLB PC<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO UNITED STATES MARSHAL'S REQUEST FOR REIMBURSEMENT OF COSTS<br><br>(Docs. 58, 66)<br><br>RESPONSE DUE WITHIN TWENTY DAYS |

Plaintiff John Doe[1] is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are two requests for reimbursement submitted by the United States Marshal, filed March 22, 2010 and April 13, 2010. (Docs. 58, 66.)  Pursuant to Federal Rule of Civil Procedure 4(d)(2), if a defendant, without good cause, fails to sign and return a waiver requested by a plaintiff, the Court must impose on defendants the expenses later incurred in making service.  Because Plaintiff is proceeding in forma pauperis, service must be effected by the United States Marshal.  Fed. R. Civ. P. 4(c)(3). Defendants Tilton, D. Trinh, and Nayla Syed have yet to respond to the Marshal's request. Accordingly, it is HEREBY ORDERED that Defendants are to respond to the Marshal's request for reimbursement within **twenty (20) days** from the date of service of this order.  Failure to respond to this order will result in waiver of opposition to the reimbursement request.

IT IS SO ORDERED.

Dated:  **May 13, 2010**              **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] John Doe is a fictitious name.

1